KATHERINE S. ELLSWORTH et al., as Administrators of the Estate of BERNICE E. PULVER, Deceased, Appellants, *v.* LEO J. COUTURE, JR., et al., Respondents.

Argued April 12, 1955; decided May 26, 1955.

970

*Harry H. Hill, Jr.,* for appellants.

*John L. Palisi* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.